


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR MANUEL RODRIGUEZ, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL BARONE, et al. | : | No. 09-270 |

## ORDER

AND NOW, this 23rd day of December, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation (Doc. 11) is APPROVED AND ADOPTED;

2. The petition for writ of habeas corpus (Doc. 1) is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

CC: Rodriquez (mail)
Emailed
12-28-09
R. Tobin

Docket to Stats